Eugene A. Lindsley et al., Appellants, v. Lizzie McIver et al., Appellees.

(Supreme Court of Florida, En Banc, July 14, 1908.)

Appeal from Circuit Court, Duval County; Rhydom M. Call, Judge.

A. H. King, for appellants;

D. H. Doig and Stephen E. Foster for appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants, and the defendants appeal. Appeal dismissed on motion of counsel for the appellees.